LAURA E. UDALL, BAR NO. 010501
Attorney for Defendant
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
ludall@cooperudall.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 08-1195-TUC-CKJ(BPV) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| | ) | |
| JERRY DON BROWN, | ) | |
| | ) | |
| Defendant(s). | ) | |

     Jerry Brown, by and through undersigned counsel, hereby appeals the sentence and conviction entered by this court on September 11, 2009.

     Respectfully submitted this <u>14th</u> day of September, 2009.

                              By <u>s/ *Laura E. Udall*</u>
                                    Laura E. Udall

1